**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Adversary No.: 17–03063

IN THE MATTER OF:
    Redf Marketing, LLC
    Debtor(s)

Case No.: 12–32462
Chapter: 11

The Finley Group
    Plaintiff(s)

vs.

Daniel J Roselli et al.
    Defendant(s)

# ORDER AND NOTICE OF STATUS HEARING

This matter is before the court on its own motion to bring to resolution cases that have been pending for extraordinary lengths of time; or where issues regarding the case status need to be brought to the court's attention.

It is hereby **ORDERED** that:

1. A hearing will be held at 09:30 AM on August 14, 2018 at Charles R. Jonas Federal Building, 401 West Trade Street, Courtroom 1–4, Charlotte, NC 28202;

2. The scope of this hearing will be: (a) **STATUS CONFERENCE;** (b) resolution of all pretrial matters; (c) setting of pre–emptory trial date; or (d) dismissal;

3. This Order shall constitute Notice of the hearing; and

4. The Clerk is hereby directed to serve this Notice on all interested parties.

Dated: July 5, 2018

BY THE COURT

J. Craig Whitley
United States Bankruptcy Judge

Electronically filed and signed (7/5/18)